UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
DANE WILSON, on behalf of himself and
all others similarly situated,   Case No.: 1:21-cv-01263-BMC

        Plaintiff,

    -against-

JAMAICA SERVICE PROGRAM FOR
OLDER ADULTS, INC., WILLIAM COLLINS, JR.
and BEVERLY COLLIER,

        Defendants.
-------------------------------------------------------------X

## NOTICE OF RENEWED UNOPPOSED MOTION FOR APPROVAL OF COLLECTIVE SETTLEMENT, ATTORNEYS' FEES, REIMBRUSEMENT OF EXPENSES, AND SERVICE AWARD

**PLEASE TAKE NOTICE** that upon the Declaration of Jason S. Giaimo dated November 14, 2024, together with the exhibits annexed thereto; and the accompanying Memorandum of Law in Support of Renewed Unopposed Motion for Approval of Collective Settlement, Attorneys' Fees, Reimbursement of Expenses, and Service Award dated November 14, 2024, together with all prior pleadings and proceedings had herein, Plaintiffs, by and through their undersigned counsel, shall move this Court, Honorable Brian M. Cogan, United States District Judge, 225 Cadman Plaza East, Brooklyn, New York, at a date and time set by the Court for an Order: (i) approving the parties' proposed Settlement as fair and reasonable; (ii) granting final collective certification for settlement purposes only; (iii) awarding McLaughlin & Stern, LLP ("M&S") attorneys' fees totaling $56,666.67 (*i.e.*, one-third of the Gross Settlement Amount); (iv) awarding M&S expenses totaling $10,938.58; (v) approving the proposed service award to Plaintiff Wilson in the amount of $10,000; and (vi) together with such other and further relief as the Court deems just and proper.

Dated: New York, New York
November 14, 2024

                                                                           McLAUGHLIN & STERN, LLP

                                                                           By: */s/ Jason S. Giaimo*
                                                                                 Jason S. Giaimo
                                                                                 Lee S. Shalov
                                                                                  Brett R. Gallaway
                                                        260 Madison Avenue
                                                        New York, New York 10016
                                                        Tel.: (212) 448-1100
                                                        jgiaimo@mclaughlinstern.com
                                                        lshalov@mclaughlinstern.com
                                                        bgallaway@mclaughlinstern.com

                                                        *Attorneys for Plaintiffs*